STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. CARMINE PIRONE, DEFENDANT-PETITIONER.

*Mr. Carmine Pirone, in propria persona.*

*Mr. James A. Tumulty, Jr.,* and *Mr. Alvin S. Michaelson,* for the respondent.

September 20, 1966. Denied.

HENRY THOMAS, PETITIONER-RESPONDENT, v. COOPER ALLOY CORP., RESPONDENT-PETITIONER, AND AAA CASTING AND PATTERN CO., RESPONDENT-RESPON-DENT.

*Mr. Isidor Kalisch,* for the petitioner.

*Messrs. Freeman, Bass & Bregg* and *Messrs. Frohling & Gaulkin,* for the respondents.

September 20, 1966. Denied.

ADELINE FASCIO, *ET AL.,* PLAINTIFFS-PETITIONERS, v. BASTIAAN DE GRAFF, DEFENDANT-RESPONDENT.

*Mr. Alfred J. Cozzi* and *Messrs. Levy, Lemker & Margulies,* for the petitioners.

*Messrs. Knoeppel & Ziff,* for the respondent.

September 20, 1966. Denied.